IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BENJAMIN D. FERGUSON,

       Petitioner,

v.                                 CASE NO. 5:11-cv-398-RS-EMT

KENNETH TUCKER,

       Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 14) and Petitioner's Objections (Doc. 16). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's amended petition for writ of habeas corpus (Doc. 5) is **DENIED**.

3. The certificate of appealability is **DENIED**.

4. The clerk is directed to close the file.

**ORDERED** on July 31, 2012.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**